UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
TRUSTEES OF THE LOCAL 522 WELFARE
FUND OF NEW YORK and NEW JERSEY,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 2 2010 ★

BROOKLYN OFFICE

                           Plaintiff,                   ORDER
                                                        09 CV 1417 (ILG) (RLM)
            -against-

FLEXWRAP CORP.,

                           Defendant.
------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Mann, dated November 5,

2010, recommended that the defendant's answer be stricken and a default judgment be

entered against it.  Any objections were to be made within fourteen days, and that failure

to do so waives the right to appeal.  As of this date, no objection has been filed.

       The Report and Recommendation, which thoroughly reviewed the facts is, after

due consideration, hereby adopted in its entirety.  Accordingly, it is hereby ordered that

the defendant's answer be stricken and a default judgment be entered against it.

       SO ORDERED.

Dated:      Brooklyn, New York
            December 1, 2010



                                      _____
                                      I. Leo Glasser